

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Trent Walton,

Vs. No. 11-12-00214-CV

Midland Mira Vista Homeowners'
Association a/k/a Mira Vista Home-
owners' Association,

\* From the 142nd District
Court of Midland County,
Trial Court No. CV-46,913.

\* September 18, 2014

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Trent Walton.